# ***Exhibit A***

Civil Action No. 25A07434-4

Date Filed 8/13/2025

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

Ashley Richardson
Plaintiff

vs.

Equifax Information Services
Defendant

Attorney's Address

Name and Address of party to be served.
Equifax Information Services
Corporation Service Company
2 Sun Court Suite 400
Peachtree Corners, GA 30092

Garnishee

## Sheriff's Entry Of Service

Personal ☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

Notorious ☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of ______ described as follows age, about ______ years; weight, about ______ pounds; height, about ______ feet and ______ inches, domiciled at the residence of defendant.

Corporation ☒ Served the defendant Equifax Information Services LLC a corporation by leaving a copy of the within action and summons with Alisha Smith in charge of the office and place of doing business of said Corporation in this County.

Tack & Mail ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

Non Est ☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This 22 day of August, 2025

D. Summerville 501805
Deputy

Sheriff Docket ______ Page ______

Gwinnett County, Georgia

WHITE: Clerk CANARY: Plaintiff/Attorney PINK: Defendant

SC-2 Rev.3.13

Civil Action No. 25A07434-4

Date Filed 8/13/2025

Magistrate Court ☐
Superior Court ☑
State Court ☐
**Georgia, Gwinnett County**

Ashley Richardson

**Plaintiff**

VS.

Equifax Information Services

**Defendant**

Attorney's Address

Name and Address of party to be served.
Equifax Information Services
Corporation Service Company
2 Sun Court Suite 400
Peachtree Corners, GA 30092

**Garnishee**

## Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant ______ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of ______ described as follows age, about ______ years; weight, about ______ pounds; height, about ______ feet and ______ inches; domiciled at the residence of defendant.

**Corporation** ☑
Served the defendant Equifax Information Services LLC a corporation by leaving a copy of the within action and summons with Alisha Smith in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This 22 day of August, 2025.

D. Summerville 50125
**Deputy**

Sheriff Docket ______ Page ______

**Gwinnett County, Georgia**

WHITE: Clerk CANARY: Plaintiff / Attorney PINK: Defendant

SC-2 Rev.3.13

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

Ashley Richardson
**Plaintiff**

**Civil Action No.** 25A 07434-4

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2025 AUG 13 PM 2:03
TIANA P. GARNER, CLERK

**v.**

Equifax Information Services
**Defendant**

**SUMMONS**

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said Court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

Ashley Richardson
1094 Simenton Hill Ct
Lawrenceville, GA 30045
Richardson256@gmail.com 678-704-3026

an answer to the complaint which is hereby served on you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

This 13 day of August, 2025

Tiana P. Garner
Clerk of Superior Court

By [signature]
Deputy Clerk

[Attach addendum sheet for additional parties, if needed. You must make a notation on this sheet if used.]

SC-1
Rev'd 1/25

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

2025 AUG 13 PM 2:03
TIANA P. GARNER, CLERK

ASHLEY RICHARDSON,
Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC
Registered Agent:
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092
Defendant.

Civil Action No. 25A 07434-4

COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.) AND GEORGIA LAW

I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to O.C.G.A. § 15-6-8 and O.C.G.A. § 9-10-91 because Defendant conducts business in Georgia and the events giving rise to this Complaint occurred in Gwinnett County.

2. Venue is proper in this Court pursuant to O.C.G.A. § 14-2-510(b)(1) because Defendant maintains a registered agent in Gwinnett County, Georgia.

II. PARTIES

3. Plaintiff Ashley Richardson is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c). Plaintiff resides in Gwinnett County, Georgia.

4. Defendant Equifax Information Services, LLC is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) and regularly engages in the business of assembling, evaluating, and furnishing consumer credit information.

III. FACTUAL BACKGROUND

5. Between March 2024 and July 2024, Plaintiff obtained credit reports from Defendant which contained multiple unauthorized or disputed hard inquiries.

6. On or about April 2024, Plaintiff submitted written disputes to Defendant under 15 U.S.C. § 1681i(a), identifying inquiries that were "not mine" and/or "unauthorized."

7. Plaintiff's dispute letters also requested a "description of the procedure" used to determine the accuracy and completeness of the disputed information pursuant to 15 U.S.C. § 1681i(a)(6)(B)(iii).

8. Defendant failed to provide the requested description of procedure within the time required by law.

9. Instead, Defendant sent correspondence stating "inquiries are a factual record of file access" and failed to conduct a reasonable reinvestigation as required by 15 U.S.C. § 1681i(a).

10. On August 4, 2025, Plaintiff received a class action notice in the matter Hines v. Equifax Information Services, LLC, Case No. 1:19-cv-06701 (E.D.N.Y.) involving substantially similar allegations regarding unauthorized inquiries and inadequate investigations.

11. Plaintiff hereby opts out of the Hines class action pursuant to the notice instructions and files this individual action for damages.

12. As a result of Defendant's actions, Plaintiff suffered emotional distress, loss of credit opportunities, and the expenditure of time and resources.

IV. CLAIMS FOR RELIEF

Count I – Violation of FCRA – Failure to Conduct Reasonable Reinvestigation (15 U.S.C. § 1681i(a))
13. Plaintiff incorporates by reference all preceding paragraphs.
14. Defendant failed to conduct a reasonable reinvestigation of Plaintiff's disputes regarding unauthorized inquiries, in violation of 15 U.S.C. § 1681i(a).

Count II – Violation of FCRA – Failure to Provide Description of Procedure (15 U.S.C. § 1681i(a)(6)(B)(iii))
15. Defendant failed to provide Plaintiff with a description of the procedure used to determine the accuracy and completeness of the disputed inquiries within 15 days as required by the FCRA.

Count III – Violation of FCRA – Failure to Maintain Reasonable Procedures (15 U.S.C. § 1681e(a))
16. Defendant failed to maintain reasonable procedures to limit the furnishing of consumer reports to parties with a permissible purpose.

Count IV – Willful Noncompliance (15 U.S.C. § 1681n)
17. Defendant's conduct was willful, entitling Plaintiff to statutory damages, punitive damages, and attorney's fees.

Count V – Negligent Noncompliance (15 U.S.C. § 1681o)
18. In the alternative, Defendant's conduct was negligent, entitling Plaintiff to actual damages and attorney's fees.

V. DAMAGES

19. Plaintiff seeks the following damages:

a. Statutory Damages (15 U.S.C. § 1681n(a)(1)(A)): $1,000 per violation for each of the five (5) credit reports containing disputed inquiries from March 2024 to July 2024 — $5,000.

b. Punitive Damages (15 U.S.C. § 1681n(a)(2)): $30,000 for willful noncompliance.

c. Actual Damages (15 U.S.C. §§ 1681n, 1681o): To be proven at trial for emotional distress, time lost, and denial of credit.

Total Damages Sought: $35,000 + actual damages and costs.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter judgment in favor of Plaintiff and against Defendant for statutory, punitive, and actual damages as alleged;

2. Award costs of this action, including reasonable attorney's fees;

3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this ___ day of ________, 2025.

______________________________

Ashley Richardson
1094 Simonton Hill Ct, Lawrenceville, GA 30045
Gwinnett County, Georgia
678-704-3026
Richardson256@gmail.com
Pro Se Plaintiff

Gmail Ashley Richardson <richardson256@gmail.com>

# Notification of Pending Class Action Lawsuit – Hines v. Equifax

1 message

**Hines v Equifax Administrator** <hines@e.classinfosource.com> Mon, Aug 4, 2025 at 1:35 PM
To: richardson256@gmail.com

705435

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

**You Are a Member of a Class Action against**

**Equifax Information Services LLC**

Plaintiff Duane A. Hines ("Hines" or "Plaintiff") filed a class action lawsuit against the consumer reporting agency Equifax Information Services LLC ("Equifax" or "Defendant") to redress how it handles consumer disputes of hard inquiry information in their credit reports. Defendant's records indicate that you are a member of the "New York Subclass" or the "Capital One Subclass" or both Subclasses, which are defined as follows:

*New York Subclass*

During the period beginning November 27, 2017 and ending September 10, 2024, all consumers with an address in the State of New York to whom Equifax sent a document containing Cons Comm 664 (*i.e.*, a letter that includes the language, "inquiries are a factual record of file access") in response to a mailed dispute of one or more hard inquiries, which Equifax coded as "not mine" (001) or "unauthorized" (383).

*Capital One Subclass*

During the period beginning November 27, 2017 and ending September 10, 2024, all consumers with an address in the U.S. and its Territories (1) to whom Equifax sent a document containing Cons Comm 664 (*i.e.*, a letter that includes the language, "inquiries are a factual record of file access") in response to a mailed dispute of one or more hard inquiries, which (2) corresponds to the consumer's dispute of a hard inquiry associated with Capital One that Equifax coded as "not mine" (001) or "unauthorized" (383).

No money or benefit has been awarded to date and there is no guarantee that any will be available in the future. If money or benefits are awarded or obtained from Equifax in the future, you will be notified separately. You have a choice to make now, and your options are explained in this notice.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **OPTION 1: DO NOTHING** | Stay in this lawsuit. Await the outcome. Give up certain rights.<br><br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial on damages or a settlement. But, you give up any rights to sue Equifax individually and to seek damages for the same legal claims that are in this lawsuit. Similarly, if you do nothing and Equifax wins a trial on damages, you will lose your claims covered by this lawsuit. |

| | |
|---|---|
| **OPTION 2: ASK TO BE EXCLUDED** | Remove yourself from this class action. Get no money or benefits. Keep certain rights.<br><br>If you ask to be excluded and money or benefits are awarded later, you will not share in that recovery. However, you keep any rights you may have to sue Equifax separately about the same legal claims that are brought in this lawsuit. To ask to be excluded, you must act by September 5, 2025. |

**BASIC INFORMATION**

*Why did I get this notice?*

The Court has allowed, or "certified," a class action lawsuit that may affect you. The lawsuit is known as *Hines v. Equifax Information Services LLC*, Civil Action No. 1:19-cv-06701 (RPK) (JAM) (E.D.N.Y.). This notice is to inform you of the legal rights and options that you may exercise before the Court holds a trial to decide whether Equifax has willfully violated the New York Fair Credit Reporting Act and/or the federal Fair Credit Reporting Act, the amount of actual damages, statutory damages between $100-$1,000 per class member, and punitive damages, if any, to be assessed. No trial has been scheduled at this time.

*What is this lawsuit about?*

Plaintiff Hines has alleged that after he submitted a dispute to Equifax that his credit report was obtained without authorization or a proper purpose, Equifax did not contact the company that requested the credit report, nor did it remove the notation (called a "hard Inquiry") that he disputed. Instead, Equifax mailed a letter to Hines and others, including you, that contained "Cons Comm 664" and stated in part: "Inquiries are a factual record of file access. If you believe this was unauthorized, please contact the creditor."

Hines alleges that Equifax violated the New York Fair Credit Reporting Act ("NYFCRA") by failing to conduct a reasonable investigation of his dispute of an item of information in his credit file or, alternatively, by not removing the disputed item from his file. Plaintiff alleges that Defendant did the same thing with respect to other Subclass members. The Court certified this legal claim on behalf of Hines and members of the New York Subclass. Equifax denies that it violated the NYFCRA and asserts that this case should not proceed as a class action.

Plaintiff Hines alleges that Equifax violated the Fair Credit Reporting Act ("FCRA") by failing to maintain reasonable procedures designed to limit the furnishing of consumer reports to specific, permissible purposes when it provided his credit report and the credit reports of other subclass members to Capital One. The Court certified this legal claim on behalf of Hines and members of the Capital One Subclass. Equifax denies that it violated the FCRA and asserts that this case should not proceed as a class action.

*What is a class action and who is involved?*

In a class action lawsuit, one or more people called the "Class Representative" sues on behalf of other people who have similar claims. In this case, the Class Representative is Plaintiff Hines. The group of people with similar claims is typically called a "Class." In this case, there are two "Subclasses." Individuals in these groups are called Subclass "members." In this case, Equifax, the consumer reporting agency Plaintiff sued, is the Defendant. The Court decided that this lawsuit can proceed as a class action and move towards a trial. The Court will resolve the issues for everyone in the Subclasses, except for people who choose to exclude themselves.

*Why is this lawsuit a class action?*

More information about why the Court is allowing this lawsuit to proceed as a class action is found in the July 16, 2022 Report and Recommendation of Magistrate Judge Ramon E. Reyes and the Court's September 10, 2024 Order Adopting Report and Recommendation. These documents are available to view online at www.EquifaxDisputeClassAction.com.

**THE CLAIMS IN THE LAWSUIT**

*What does the lawsuit complain about?*

In the lawsuit, Plaintiff claims that Equifax violated the New York Fair Credit Reporting Act and the federal Fair Credit Reporting Act, as described above. You can read the Plaintiff's Complaint online at www.EquifaxDisputeClassAction.com.

*How did Defendant answer?*

Equifax denied that it violated the New York Fair Credit Reporting Act or the federal Fair Credit Reporting Act and asserted that this case should not proceed as a class action. You can read Equifax's Answer to the Complaint online at www.EquifaxDisputeClassAction.com.

*Has the Court decided who is right?*

The Court has not yet decided whether Equifax has violated the law, or how much money, if any, should be awarded to members of the New York or Capital One Subclasses. The Court has simply decided that this case may proceed as a class action.

*What is the Plaintiff asking for?*

The Plaintiff will ask the Court to award members of the New York Subclass for actual damages and punitive damages and to award members of the Capital One Subclass statutory damages of between $100 and $1,000 and punitive damages. Plaintiff will also ask the Court to order Equifax to pay Class Counsel's fees and expenses.

*Is there any money available now?*

No money or benefits are available now because the Court has not yet decided who is right, or how much, if anything, Equifax should pay the Class in damages. There is no guarantee that money or benefits will ever be obtained. If they are, you will be notified again unless you exclude yourself.

**YOUR RIGHTS AND OPTIONS**

You have to decide whether to stay in the Class (do nothing right now) or ask to be excluded before the trial. You have until September 5, 2025, to exclude yourself.

*What happens if I do nothing at all?*

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. **By doing nothing, you remain a member of the above-defined Subclass(es).** If you do nothing now, regardless of whether the Plaintiff wins or loses the trial, you will not be able to sue, or continue to sue, Equifax, about the same legal claims that are the subject of this lawsuit. You will also be legally bound by all the orders and judgments the Court issues in this case.

*Why would I ask to be excluded?*

If you already have a lawsuit against Equifax for similar claims and want to continue with it, you need to ask to be excluded from this case. If you exclude yourself from (or "opt-out" of) the case, you will not get any money or benefits

from this lawsuit even if the Plaintiff wins damages at trial or there is a settlement. However, you may be able to sue or continue to sue Equifax on your own. If you exclude yourself, you will not be legally bound by the Court's Order and Judgment in this class action.

If you start your own lawsuit against Defendant after you exclude yourself, you will have to seek damages in court, and you may have to hire and pay for your own lawyer for that lawsuit. If you do exclude yourself so you can start your own lawsuit against Defendant, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations or other time-sensitive requirements.

*How do I ask the Court to exclude me from the Class?*

To ask to be excluded, you must send an "Opt-Out Request" in the form of a letter sent by U.S. Mail, facsimile, or e-mail stating that you want to be excluded from *Hines v. Equifax*. Instructions on submitting a request to opt-out are also available online at www.EquifaxDisputeClassAction.com. Be sure to include your name, address, telephone number, email address, and to **sign** the opt-out letter. You must mail your Opt-Out Request to *Hines v. Equifax* Opt-Outs, P.O. Box 16, West Point, PA 19486, or fax it to (484) 930-0725, or e-mail it to questions@ EquifaxDisputeClassAction.com no later than September 5, 2025.

**THE ATTORNEYS REPRESENTING YOU**

*Do I have an attorney in this case?*

The Court has certified the following law firms as Class Counsel. Their contact information is as follows:

FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103

ROBERT S. SOLA, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201

THE ADKINS FIRM, P.C.
One Lincoln Centre
5400 LBJ Fwy., Suite 1200
Dallas, TX 75240

SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, GA 30084

*Should I get my own attorney?*

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you may retain one at your expense. You can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you, at the Court's discretion.

*How will the attorneys be paid?*

If Class Counsel obtain money or benefits for members of one or both of the Subclasses through this suit, they will ask the Court to award counsel fees and expenses. You will not have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would either be deducted from any money obtained for the Subclass(es) or paid separately by Defendant. Class Counsel has not been paid any fees nor reimbursed their expenses for prosecuting this case since it was filed in 2019.

**THE TRIAL**

*When is the trial?*

Trial has not yet been scheduled. If a trial is scheduled, information about the date and time will be posted on the website www.EquifaxDisputeClassAction.com.

*Will I get money after the trial?*

If at some point the Plaintiff obtains money or benefits for the Class as a result of the trial or a settlement, and you did not exclude yourself from the Class, you will be notified. There could be post-trial proceedings and appeals. We do not know how long this will take, and there is no guarantee.

*Are more details available?*

Visit the website www.EquifaxDisputeClassAction.com where you will find the Court's Order and Opinion certifying the Class, Plaintiff's Class Action Complaint, the Defendant's Answer to the Complaint, as well as information about how to exclude yourself from this case. You may also speak to one of the attorneys working on this class action by calling (866) 215-8600 or sending an e-mail to info@consumerlawfirm.com. Be sure to mention the case name "*Hines v. Equifax*" if you call or email.

Questions? Visit www.EquifaxDisputeClassAction.com or call toll-free (833) 244-4150.

Click here to unsubscribe from future emails regarding the *Hines v. Equifax* Litigation.

EQUIFAX

CREDIT FILE : March 12, 2024
Confirmation # [redacted]

000011613- DISC
RICHARDSON ASHLEY
[redacted]

Dear RICHARDSON ASHLEY:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

<u>You have a few options:</u>



8/11/25, 9:22 PM
Gmail - Notification of Pending Class Action Lawsuit – Hines v. Equifax

*Do I have to come to the trial?*
P.O. Box 105069
Atlanta, GA 30348
You do not need to attend the trial. Class Counsel will present the case for the Plaintiff and the Class, and Defendant

- You should contact the reporting companies about the information you believe is fraudulent. Ask them to explain their fraud investiga and what steps you should take. If they agree the information does not belong to you, have them confirm this to you in writing. You c the written confirmation if the item continues to report on your credit file.
- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical inform services provided or medical procedures, then you expressly consent to including this information in every credit report we issue abo
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) abou to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Bo 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint aga the company reporting the information.

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax se report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

***The Results Of Our Reinvestigation***

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 10/11/2022 CR COMENITYCAPITAL/MSC EIS/TDML***

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 06/09/2022 CR CAPITAL ONE BANK USA99***

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329.

(End of Report)
000011613-DISC

## State of Georgia - Notice to Consumers

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| **One Government Issued ID** | **One Item to Validate Your Address** |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)

EQUIFAX

P.O. Box 105069
Atlanta, GA 30348

000006517- DISC
RICHARDSON ASHLEY
[redacted]

CREDIT FILE : March 09, 2024
Confirmation # [redacted]

Dear RICHARDSON ASHLEY:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

<u>You have a few options:</u>

- You should contact the reporting companies about the information you believe is fraudulent. Ask them to explain their fraud investigation process and what steps you should take. If they agree the information does not belong to you, have them confirm this to you in writing. You can then send us the written confirmation if the item continues to report on your credit file.
- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

***The Results Of Our Reinvestigation***

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 10/11/2022 CR COMENITYCAPITAL/MSC EIS/TDML***

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 10/11/2022 CR COMENITYCAPITAL/SMLE EIS/TDML***

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329.

(End of Report)
000006517-DISC

## State of Georgia - Notice to Consumers

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| **One Government Issued ID** | **One Item to Validate Your Address** |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)
000006517-DISC



[redacted]-EMB-0d1c015f0000018b-03092024

EQUIFAX

CREDIT FILE : June 15, 2024

Confirmation # [redacted]

P.O. Box 105069
Atlanta, GA 30348

000008913- DISC
RICHARDSON ASHLEY
[redacted]

Dear RICHARDSON ASHLEY:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

<u>You have a few options:</u>

(End of Report)

- You should contact the reporting companies about the information you believe is fraudulent. Ask them to explain their fraud investigation process and what steps you should take. If they agree the information does not belong to you, have them confirm this to you in writing. You can then send us the written confirmation if the item continues to report on your credit file.
- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

***The Results Of Our Reinvestigation***

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 04/02/2024 CR ASSOCIATED CREDIT UN EIS/ML***

(End of Report)
000008913-DISC



[redacted]-EMB-0d7e010c0000013f-06152024

## State of Georgia - Notice to Consumers

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)
000008913-DISC

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY

***Notice to Consumers***

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)
000008913-DISC



[redacted]-EMB-0d7e010c0000013f-06152024

EQUIFAX

CREDIT FILE : July 27, 2024

Confirmation # [redacted]

P.O. Box 105069
Atlanta, GA 30348

000008437- DISC
RICHARDSON ASHLEY
[redacted]

Dear RICHARDSON ASHLEY:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You should contact the reporting companies about the information you believe is fraudulent. Ask them to explain their fraud investigation process and what steps you should take. If they agree the information does not belong to you, have them confirm this to you in writing. You can then send us the written confirmation if the item continues to report on your credit file.
- You may add a statement of up to 100 words to your credit report. If you provide a consumer statement that contains medical information related to services provided or medical procedures, then you expressly consent to including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may provide us additional information or documents (such as an identity theft report or a letter from the reporting company) about your dispute to help us resolve it by visiting our website https://www.equifax.com/personal/disputes. You may also mail your documents to PO Box 740256, Atlanta GA 30374-0256 or contact us by calling a Customer Representative at (888) EQUIFAX, (888) 378-4329.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**What else should I know?**

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

**How should I read my dispute results?**

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states **"Deleted"**, we have removed it from your credit report and taken steps so it does not reappear.
- If an item states **"Verified as Reported"**, the reporting company has certifed it is reporting accurately.
- If an item states **"Updated"**, we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

***The Results Of Our Reinvestigation***

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 06/12/2024 CR GEORGIAS OWN CU EIS***

---

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 07/10/2024 CR FEDERAL EMPLOYEES CREDIT U EIS/ASSOCIATED CU***

---

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 07/10/2024 NF FEDERAL EMPLOYEES CREDIT U EIS/ASSOCIATED CU***

---

***>>> The information you disputed has been received. The results are:*** INQUIRIES ARE A FACTUAL RECORD OF FILE ACCESS AND WILL REMAIN ON THE EQUIFAX CREDIT FILE TWO YEARS FROM THE REPORTED DATE OF THE INQUIRY. ***Inquiry Date: 05/24/2024 CR NIH FCU EIS***

---

(End of Report)
000008437-DISC

| |
|---|
| For an added convenience, use one of the below options to start an investigation or check the status of your dispute.<br><br>Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329. |

## State of Georgia - Notice to Consumers

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example:<br>Driver's License<br>State Issued ID Card<br>Passport<br>Birth Certificate | Example:<br>Driver's License<br>Utility Bill<br>Pay Stub<br>W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX

(End of Report)
000008437-DISC



[redacted]-EMB-0da8011100000138-07272024

***Notice to Consumers***

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

(End of Report)